(72 South. 905)

No. 22084.

STATE v. JACKSON.

In re JACKSON.

(Oct. 30, 1916.)

*(Syllabus by Editorial Staff.)*

GRAND JURY ⬳11—INDICTMENT—DISQUALIFICATION OF GRAND JUROR.

The discharge of a grand juror on the ground of his disqualification, thereby reducing the jury to less than 12, afforded accused no cause of complaint, where the disqualified juror did not participate in the finding of the indictment against him.

[Ed. Note.—For other cases, see Grand Jury, Cent. Dig. §§ 28, 29; Dec. Dig. ⬳11.]

O'Niell, J., dissenting.

Henry Jackson applies for a writ of certiorari, to review the refusal to quash an indictment, and for a writ of prohibition. Certiorari granted, and writ of prohibition dismissed.

Perrin & Perrin, of Jena, for applicant.

PROVOSTY, J. A certiorari was granted in this case to review the refusal to quash the indictment on the ground of the disqualification of one of the grand jurors; but, it appearing that the disqualified juror did not participate in the finding of the indictment, and the sole question being as to the indictment being invalid because found by a grand jury, which as the result of one of its members having been discharged, as disqualified, was composed of less than 12, the ruling complained of is approved. State v. Causey, 43 La. Ann. 897, 9 South. 900; State v. Brooks, 48 La. Ann. 1519, 20 South. 905.

The writ herein is dismissed at the cost of the relator.

O'NIELL, J., dissents.